■ J & N VORCHHEIMER, INC., Appellant, v CAROL O'CLEIRE-ACAIN, as Commissioner of the Department of Finance of the City of New York, Respondent. [619 NYS2d 606] —In an action, inter alia, for declaratory and injunctive relief, the plaintiff appeals from an order and judgment (one paper) of the Supreme Court, Kings County (Hurowitz, J.), dated March 21, 1992, which, upon the defendant's motion to dismiss the complaint, dismissed the complaint.

Ordered that the order and judgment is affirmed, with costs (see, Kallenberg Meat Prods. v O'Cleireacain, 209 AD2d 381 [decided herewith]). Lawrence, J. P., O'Brien, Joy and Altman, JJ., concur.